UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TONY LAMAR CARD,<br><br>      Plaintiff,<br>  v.<br><br>CLARENCE HENDERSON, JR.,<br><br>      Defendant. | CASE NO. 3:25-cv-05217-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 4) |

This matter comes before the Court on the Report and Recommendation of the Honorable Magistrate Judge David W. Christel. (Dkt. No. 4.) The Court having considered the Report and Recommendation and the remaining record *de novo*, and no timely objections having been filed[1], does hereby find and order as follows:

1. Court adopts the Report and Recommendation.

---

[1] Plaintiff filed three documents after the expiration of the period for filing objections; none of which appear to directly address the deficiency identified in the Report and Recommendation. (*See* Dkt. Nos. 5, 6, 7.)

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 4) - 1

2. Plaintiff's Application to Proceed IFP (Dkt. 1) is denied, this case is dismissed with prejudice as frivolous and for failure to state a claim, and any IFP status on appeal is denied without prejudice to Plaintiff to file with the Ninth Circuit U.S. Court of Appeals an application to proceed IFP.

3. The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

Dated this 12th day of May, 2025.

David G. Estudillo
United States District Judge